UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 2:18-cr-44
                                              HON. PAUL L. MALONEY

SAMUEL ROBERT DUFF,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 10, 2019, for an arraignment and initial appearance on the indictment charging defendant with Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Possession with Intent to Distribute Methamphetamine. The government has filed a motion for detention and pretrial services has recommended the same. Defense counsel may request hearing at a later time.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                     */s/ Timothy P. Greeley*
                                                   TIMOTHY P. GREELEY
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: January 10, 2019